```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
Teplovodskaia
                    Plaintiff(s),      :
                                       :
        -against-                      :
                                       :
AA Firebird et al.                     :
                    Defendant(s).      :
---------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/09

09 civ. 4863 (LAP)

**ORDER OF CONFERENCE**

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York, on September 30, 2009 at 4:00 p.m. for a conference in the above action.

SO ORDERED.

Dated: August 17, 2009

LORETTA A. PRESKA, U.S.D.J.